In the Matter of ROBERT MOERS, Respondent, against ALBERT HARRIS, Appellant.— In view of our decision in *Matter of Moers* v. *Harris* (*ante,* p. 900, decided herewith) the order appealed from dated August 21, 1944, and entered August 22, 1944, granting petitioner's motion to punish Albert Harris for contempt of court and fining him $250 and in addition twenty-five dollars costs unanimously reversed, with ten dollars costs and disbursements, and the motion denied. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of ROBERT MOERS, Respondent, against ALBERT HARRIS, Appellant.— In view of our decision in *Matter of Moers* v. *Harris* (*ante,* p. 900, decided herewith) the appeal from the order entered September 12, 1944, denying a motion to vacate the order dated June 2, 1944, and entered June 8, 1944, directing payment of $250 by Albert Harris to petitioner is unanimously dismissed as academic, without costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SAM KAIDEN, Respondent, v. HENRY ROSENFELD, INC., Appellant.— Order, so far as appealed from, unanimously modified to the extent of allowing the examination only as to items 1, 3, 4, 5, 6, 7 and 13, and eliminating from item 7 the words " directly or indirectly " and from item 13 the words " directly or indirectly ", and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DANIEL D'ONFRO et al., Appellants, v. NEW YORK CASUALTY COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Cohn and Callahan, JJ., dissent and vote to reverse and deny the motion.

In the Matter of the Application of NEW YORK COUNTY LAWYERS' ASSOCIATION, Respondent, to Punish for Contempt and to Enjoin the Unlawful Practice of Law by OLA C. COOL, Doing Business under the Name of LABOR RELATIONS INSTITUTE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the appellant to answer the petition within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post,* p. 978.]

LOUIS GLUCKSTERN, Respondent, v. PHILIP R. GLUCKSTERN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post,* p. 1039.]

GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Respondent, v. LOUIS WEISER et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of MOUNTING & FINISHING COMPANY, INC., Petitioner, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to annul the determination and direct a refund.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUISE FRANKEL, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED FEIGELSTOCK, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.